

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SAN ANTONIO WATER SYSTEM, AN AGENCY OF THE CITY OF SAN ANTONIO, | § | No. 08-23-00123-CV |
| | § | Appeal from the |
| Appellant, | § | 225th Judicial District Court |
| v. | § | of Bexar County, Texas |
| THE GUARANTEE COMPANY OF NORTH AMERICA USA, | § | (TC# 2023CI04528) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered the parties' joint motion to remand. The motion is GRANTED.

We set aside the trial court's order without regard to the merits and remand this cause to the trial

court to enter an agreed final judgment pursuant to the terms of the parties' settlement.

IT IS SO ORDERED THIS 13TH DAY OF SEPTEMBER 2024.

SANDEE BRYAN MARION, Chief Justice (Ret.)

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)